[Crim. No. 283.   First Appellate District.—April 7, 1911.]

## THE PEOPLE, Respondent, v. J. A. JONES, Appellant.

CRIMINAL LAW—RAPE—REVIEW UPON APPEAL—ABSENCE OF BRIEF FOR APPELLANT—JUDGMENT AFFIRMED UPON VIEW OF RECORD.—Upon appeal from a judgment upon conviction of the appellant for the crime of rape, where no brief or argument of any kind has been submitted by or on behalf of the appellant, after continuance to allow the same, it is held upon an examination of the record that no error appears therein, and that the judgment and order appealed from should be affirmed.

APPEAL from a judgment of the Superior Court of Alameda County, and from an order denying a new trial.   E. J. Brown, Judge.

The facts are stated in the opinion of the court.

J. J. Van Hovenberg, for Appellant.

U. S. Webb, Attorney General, for Respondent.

THE COURT.—Defendant was convicted of the crime of rape, and upon judgment being pronounced took an appeal to this court.   The cause was upon the calendar of this court for argument last September, and was then continued for the term.   It was again called for argument on January 23d of this year.   No argument was made on behalf of appellant,

and there being no brief on file, appellant was given twenty days in which to file a brief.

No brief has since been filed, and no extension of time has been asked. We have nevertheless examined the record, but have discovered no reason why the judgment and order should not be affirmed.

The judgment and order are therefore affirmed.